## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## EASTERN DIVISION

| | |
|---|---|
| Michael Loesevitz | Case No. 2:11-cv-00110-RRE-KKK |
| And | |
| Lillie Loesevitz | |
|     Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| Credico, Inc. d/b/a Credit Collections Bureau, | |
|     Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter have reached a settlement. Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow time for the parties to execute the settlement agreement.

                                                            RESPECTFULLY SUBMITTED,

                                         By:   /s/ Keith J. Trader
                                                   Keith J. Trader
                                                   Macey Bankruptcy Law, P.C. – Of Counsel
                                                   333 2nd St. NW
                                                   Valley City, ND 58072
                                                   Telephone: 701-845-1314
                                                   Email: keith.trader@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2012 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Christopher R. Morris
BASSFORD REMELE
cmorris@bassford.com
*Attorneys for Defendant*

*/s/ Keith J. Trader*