# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA
# EASTERN DIVISION

| | |
|---|---|
| Michael Loesevitz | Case No. 2:11-cv-00110-RRE-KKK |
| And | |
| Lillie Loesevitz | |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Credico, Inc. d/b/a Credit Collections Bureau, | |
| Defendant. | |

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

By: /s/ Keith J. Trader
Keith J. Trader
Macey Bankruptcy Law P.C. – Of Counsel
333 2nd St. NW
Valley City, ND 58072
Telephone: 701-845-1314
Email:keith.trader@gmail.com
Attorneys for Plaintiff

By: /s/with consent of Christopher R. Morris
Christopher R. Morris
Bassford Remele, PA
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
Telephone: 612-376-1627
Email: cmorris@bassford.com
Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012 a copy of the foregoing Stipulation was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including:

Christopher R. Morris
BASSFORD REMELE
cmorris@bassford.com
*Attorneys for Defendant*

/s/ Keith J. Trader